McGUIRE v. HALL (two cases).

(Supreme Court, Appellate Division, First Department. June 7, 1901.)

PLEADING—BILL OF PARTICULARS—SUFFICIENCY.

Where a bill of particulars stated that the action was brought to recover for preparing plans for a building, and for performing the general services of a contractor and superintendent of construction in and about the building, but contained no statement as to the nature or value of such services, defendant was entitled to a further bill of particulars, stating specifically what services were rendered and their value.

Appeal from special term, New York county.

Actions by James C. McGuire against Charles Edward Hall. From an order denying a motion for a further bill of particulars, defendant appeals. Modified.

Argued before HATCH, McLAUGHLIN, PATTERSON, O'BRIEN, and LAUGHLIN, JJ.

John Larkin, for appellant.
Curtis R. Hathaeway, for respondent.

PER CURIAM. We are of the opinion that, with one exception, the bill of particulars furnished sufficiently apprises the defendant of the nature of the plaintiff's claim. The complaint alleges that, according to the agreement between the parties, the plaintiff agreed to and did prepare the architectural and engineering drawings, plans, specifications, and estimates necessary for the proper construction of a certain building, and supervised the construction of the building in accordance with the plans and specifications, and performed all the general services of a contractor and superintendent of con-

struction in and about the building. In the bill of particulars served, after stating in detail the nature of plaintiff's claim, a further statement is inserted to the effect that the action is brought to recover for services rendered in "performing all the general services of a contractor." What these services were, or their value, is not indicated either in the complaint or in the bill of particulars served. The defendant is entitled, in order that he may properly prepare his defense, to have this information; and to this extent the order appealed from is modified by requiring the plaintiff to furnish a further bill of particulars, stating in detail what he did and the value of the services rendered by him in "performing all the general services of a contractor," and, as thus modified, the order appealed from is affirmed, without costs to either party.